# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DETENTION ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kyle Eugene Beck, | ) | |
| | ) | Case No.: 4:09-cr-043 |
| Defendant. | ) | |

The court convened a hearing on the petition for revocation of the Defendant's pretrial release. AUSA Gary Delorme appeared on behalf of the Government. Attorney DeWayne Johnston appeared on the Defendant's behalf. United States Pretrial Services Officer Julie Vetter was also present.

Based on the pretrial services report, the Defendant is a flight risk by a preponderance of the evidence and is a danger to the community by clear and convincing evidence. The court believed it could mitigate these risks by a placement at a residential reentry facility, but the Defendant has failed to comply with the facility's rules and regulations and has committed other violations of the conditions of pretrial release.

For these and for the other reasons expressed on the record, the Defendant's pretrial release is **REVOKED.** The Defendant is remanded to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge

of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 1st day of December, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge